UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

TROPICAL FRUIT TRADING, INC.

    Plaintiff,

vs.

A.P. MØLLER – MAERSK A/S d/b/a
MAERSK LINE,

    Defendant.
_____/

## **C O M P L A I N T**

COMES NOW the Plaintiff, TROPICAL FRUIT TRADING, INC., by and through its undersigned attorneys, and sues the Defendant, A.P. MØLLER – MAERSK A/S d/b/a MAERSK LINE, and for its Complaint alleges as follows:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, TROPICAL FRUIT TRADING, INC. (hereinafter referred to as "TROPICAL FRUIT"), is a Florida Corporation, with its principal place of business in Miami-Dade County, Florida and was the owner and/or consignee of the cargo hereinbelow described.

3. The Defendant, A.P. MØLLER – MAERSK A/S d/b/a MAERSK LINE (hereinafter referred to as "MAERSK"), is a foreign corporation doing business in Miami-Dade County, Florida as a common carrier of cargo by water for hire and was the ocean carrier of the subject cargo hereinbelow described.

4. The Defendant, MAERSK, subjected itself to the jurisdiction of this honorable Court, pursuant to Florida Statute §48.193, by personally or through its agents doing one or more of the acts enumerated and described in the subsections contained in Florida Statutes §48.193.

5. Between May and September, 2011, Plaintiff contracted with MAERSK for ocean transportation of numerous containers of bananas from Guayaquil, Ecuador to the Port of New York.

6. On or about May 11, 2011, TROPICAL FRUIT contracted with MAERSK to transport six (6) containers of bananas by ocean from Guayaquil, Ecuador to the Port of New York aboard the M/V MAERSK "Wolfsburg". See Bill of Lading numbers 554028105; 554028117; 554028123; 554028132; 554031037 and 861894300 attached hereto as Composite Exhibit "A" (hereinafter "First Shipment").

7. On or about July 4, 2011, TROPICAL FRUIT contracted with MAERSK to transport two (2) containers of bananas by ocean from Guayaquil, Ecuador to the Port of New York aboard the M/V MAERSK "Wolfsburg". See Bill of Lading numbers 554395103 and 862117399 attached hereto as Composite Exhibit "B" (hereinafter "Second Shipment").

8. On or about July 11, 2011, TROPICAL FRUIT contracted with MAERSK to transport two (2) containers of bananas by ocean from Guayaquil, Ecuador to the Port of New York aboard the M/V MAERSK "Wolfsburg". See Bill of Lading numbers 554453103 and 862059945 attached hereto as Composite Exhibit "C" (hereinafter "Third Shipment")..

9. On or about September 12, 2011, TROPICAL FRUIT contracted with MAERSK to transport a shipment consisting of three (3) containers of bananas by ocean from Guayaquil, Ecuador to the Port of New York aboard the M/V MAERSK "Willemstadt". See Bill of Lading numbers 862789464 attached hereto as Exhibit "D". Container number MWCU6039598 malfunctioned during ocean transportation. (hereinafter "Fourth Shipment").

10. All of the subject bills of lading specifically require that the temperature in the containers transporting the bananas be maintained at 13.3C. See Exhibits "A" through "D".

11. At the time of receipt by the Defendant, said cargo was in good order and sound condition as evidenced by the Bills of Lading issued without exceptions. See Exhibits "A" through "D".

12. The subject cargos were delivered at destination with heat damage.

13. As a result thereof, the Plaintiff has suffered damages in the principal amount of $125,608.48. The Plaintiff reserves the right to amend this amount at the time of trial.

14. Plaintiff has complied with all conditions precedent to the bringing of this action.

## COUNT I – U.S. COGSA

The Plaintiff realleges and repeats paragraphs 1 through 14 as if set forth herein at length and further alleges that:

15. On or about May 11, 2011, the Defendant, MAERSK, received the First Shipment in good order and sound condition and as evidence thereof issued its Bill of Lading

3

numbered 554028105; 554028117; 554028123; 554028132; 554031037 and 861894300 without exception, copies of which is attached hereto as Composite Exhibit "A".

16. On or about July 4, 2011, the Defendant, MAERSK, received the Second Shipment in good order and sound condition and as evidence thereof issued its Bill of Lading numbered 554395103 and 862117399 without exception, copies of which is attached hereto as Composite Exhibit "B".

17. On or about July 11, 2011 the Defendant, MAERSK, received the Third Shipment in good order and sound condition and as evidence of that issued its Bill of Lading numbered 554453103 and 862059945 without exception, copies of which is attached hereto as Composite Exhibit "C".

18. On or about September 12, 2011 the Defendant, MAERSK, received the Fourth Shipment in good order and sound condition and as evidence of that issued its Bill of Lading numbered 862789464 without exception, a copy of which is attached hereto as Exhibit "D".

19. The Defendant delivered each of the shipments at destination with heat damage.

20. As a result thereof, the Plaintiff has suffered damages in the amount of One Hundred Twenty Five Thousand Six Hundred and Eight and 48/100 Dollars ($125,608.48). The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, TROPICAL FRUIT TRADING, INC., prays that judgment be entered against the Defendant, A.P. MØLLER – MAERSK A/S d/b/a MAERSK LINE, in favor of the Plaintiff in the amount of One Hundred Twenty Five Thousand Six Hundred and Eight and 48/100 Dollars ($125,608.48), plus related fees, charges and expenses, or as otherwise

determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

DATED this 25th day of July, 2013.

>CASSIDY & BLACK, P.A.
>*Attorneys for Plaintiff*
>Dadeland Square at the Greenery Mall
>7700 North Kendall Drive, Suite 505
>Miami, Florida 33156
>Tel.:  (305) 271-8301
>Fax:  (305) 271-8302
>
>By:  *S/Kate S. Goodsell*
>_____
>MICHAEL C. BLACK, ESQUIRE
>F.B.N.: 0056162
>KATE S. GOODSELL, ESQUIRE
>FBN 0063399